

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                          Case No.:     09-20465-BKC-PGH
                                                Chapter 7

**LIPMAN, ROBERT**
**LIPMAN, TINA**

              Debtor(s).                     /

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U. S. BANKRUPTCY COURT CLERK



Notice is hereby given that:

( )     The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)     The Trustee has a balance of **$3.45** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: June 21, 2011

                                              Michael R. Bakst, Trustee, Trustee
                                              PMB702, 222 Lakeview Avenue, St 160
                                              West Palm Beach, FL  33401-6145
                                              Telephone:   (561) 838-4539
                                              Facsimile:     (561) 514-3439
                                              Email:           baksttrustee@ruden.com

NAME: LIPMAN, ROBERT
LIPMAN, TINA

CASE NO: 09-20465-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 2 | DEPARTMENT STORES NATIONAL BANK/MACY'S<br>TSYS DEBT MGMT., INC., PO BOX 137<br>COLUMBUS, GA 31902-0137 | $87.52 | $3.45 |
| | Total: | | $3.45 |

cc: Creditor(s) listed above